CRIS C. VAUGHAN, ESQ.  SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Plaintiff,
Alex Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Alex Smith, | CASE NO.  09-cv-02283-LKK-KJM |
|---|---|
| Plaintiff, | EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER |
| v. | |
| Noceti Group, Inc., et al. | |
| Defendants. | |

Plaintiff, Alex Smith, hereby submits this Ex Parte Request for an Extension of Time to File Dispositional Documents in this matter.

The Parties have reached a global settlement.  A Settlement Agreement has been sent to Defendants' counsel, Michael Matteucci, who has represented to Plaintiff's counsel, Cris C. Vaughan, that the Settlement Agreement will be signed soon and the Settlement Agreement and the settlement payment should be sent to Plaintiff's counsel as soon as received by Mr. Matteucci.  As soon as these documents are received by Plaintiff's counsel, a Request for Dismissal will be filed with the Court.

PDF created with pdfFactory trial version www.pdffactory.com

1  For the above reasons, Plaintiff requests the Court grant an extension of time to
2  file the final dispositional documents up to and including January 29, 2010.
3  Dated: January 18, 2010                    VAUGHAN & ASSOCIATES

  /s/ Cris C. Vaughan
  Cris C. Vaughan
  Attorney for Plaintiff,
  Alex Smith

## ORDER

Good cause having been shown, Plaintiff's request that the Court grant an extension of time to file dispositional documents is hereby GRANTED.

Dispositional documents are to be filed by January 29, 2010.

IT IS SO ORDERED.

Dated: January 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-
*Ex Parte Request for Extension of Time to File Dispositional Documents*          *2:09-cv-02283-LKK-KJM*

PDF created with pdfFactory trial version www.pdffactory.com