1  CRIS C. VAUGHAN, ESQ.  SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5  Attorneys for Plaintiff,
6  Alex Smith

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  Alex Smith,                         CASE NO.  09-cv-02283-LKK-KJM

12          Plaintiff,                  REQUEST FOR DISMISSAL AND
                                        ORDER
13      v.

14  Noceti Group, Inc., et al.          Complaint Filed:  August 19, 2009

15          Defendants.

16

17      Plaintiff, ALEX SMITH, through his designated counsel hereby dismisses this

18  action with prejudice as to all Defendants pursuant to FRCP 41(a)(1).

19

20  Dated: January 26, 2010            VAUGHAN & ASSOCIATES

21

22

23                                       /s/  Cris C. Vaughan
                                        Cris C. Vaughan
24                                      Attorney for Plaintiff,
                                        Alex Smith
25

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1 │ IT IS SO ORDERED.

2

3 │ Dated: January 27, 2010

4

5 │ LAWRENCE K. KARLTON
6 │ SENIOR JUDGE
  │ UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Request for Dismissal*          *2:09-cv-02283-LKK-KJM*

PDF created with pdfFactory trial version www.pdffactory.com